**Leo Scott DILLINGHAM, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7864.

Circuit Court of Appeals, Fifth Circuit.

Oct. 31, 1935.

Leo Scott Dillingham, in pro. per.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty. to U. S. Atty., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

**Byron K. DODDS, Appellee, v. GREAT LAKES TRANSIT CORPORATION, Appellant.**

No. 120.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

Brown, Ely & Richards, of Buffalo, N. Y. (Laurence E. Coffey and W. Alexander Eldridge, both of Buffalo, N. Y., of counsel), for appellant.

Henry Fogler, of Buffalo, N. Y., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

**George A. DOERSAM, Glen S. Pierce, Lucille Graber, and A. H. Thomas, Bondholders, Appellants, v. The CONSOLIDATION COAL COMPANY, Debtor, Appellee.**

No. 3940.

Circuit Court of Appeals, Fourth Circuit.

Oct. 8, 1935.

For opinion below, see 11 F.Supp. 594.

Emory H. Niles, of Baltimore, Md., and Kenneth B. Johnston, of Columbus, Ohio, for appellants.

Harry N. Baetjer, of Baltimore, Md., for appellee.

PER CURIAM.

Case dismissed under rule 20, in accordance with agreement of counsel.